RECEIVED
IN LAKE CHARLES, LA

MAR - 7 2007
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ANILKUMAR PATEL** | : | **DOCKET NO. 2:07-cv-0241**<br>**Section P** |
| **VS.** | : | **JUDGE MINALDI** |
| **DIRECTOR OF IMMIGRATION &**<br>**CUSTOMS ENFORCEMENT, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT OF DISMISSAL

Having considered the "Motion to Dismiss" [doc. 2] filed by *pro se* petitioner, Anilkumar Patel, wherein he notifies the court that he has been released from custody and that he wishes to dismiss this petition, it is

ORDERED that the motion be GRANTED and that this petition be DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___6___ day of March, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE